**Andrea and Timothy MIRAVALLE, Respondents,**

v.

**DEAN TEAM–KIRKWOOD and Colin Berndt, Appellants.**

**No. ED 98659.**

Missouri Court of Appeals, Eastern District.

April 2, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 9, 2013.

T. Michael Ward, Teresa M. Young, Samuel John Vincent III, Lawrence B. Grebel, St. Louis, MO, for appellant.

William A. Brasher, Richard I. Woolf, St. Louis, MO, for respondent.

Before GARY M. GAERTNER, JR., C.J., ROBERT M. CLAYTON III, J. and THOMAS C. CLARK II, Sp. J.

### ORDER

PER CURIAM.

Dean Team Kirkwood, Inc. and Colin Berndt (collectively "Dean Team") appeal the trial court's judgment denying their motion to compel arbitration and stay action pending completion of binding arbitration. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).